IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEONARD N. BLASZCZYK,

                              Petitioner,                                ORDER

    v.

                                                          15-cv-164-wmc

STEVE LANDREMAN,

                              Respondent.

State inmate Leonard N. Blaszczyk has filed a one-page petition for a writ of mandamus against a state parole commission employee, seeking his release from unspecified restraints imposed upon Blaszczyk's freedom.   Blaszyczyk appears to challenge an adverse decision regarding his release on parole.   To the extent that Blaszczyk seeks immediate release from custody, his claim is actionable, if at all, as a petition for a federal writ of habeas corpus pursuant to 28 U.S.C. § 2254.  To proceed in this case, Blaszczyk must do two things within twenty days of the date of this order:  (1) he must pay the $5.00 filing fee for a habeas corpus proceeding or submit a properly supported motion for leave to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a); and (2) he must submit his claim for relief on a court-approved form for prisoners to use when applying for relief under 28 U.S.C. § 2254.

ORDER

IT IS ORDERED that, within **twenty (20) days** of the date of this order, Leonard N. Blaszczyk shall (1) pay the $5.00 filing fee or submit a properly supported motion for leave to proceed *in forma pauperis*, together with a certified copy of his inmate trust fund account statement for the past six months in compliance with 28 U.S.C. § 1915(a); and

(2) submit his claim for relief on a court-approved form for prisoners to use when applying for relief under 28 U.S.C. § 2254.  The clerk's office will provide Blaszcyzk with the appropriate court-approved forms for use in seeking habeas corpus relief and requesting leave to proceed *in forma pauperis*.  Blaszczyk is advised that if he fails to comply as directed, the court will assume that he does not wish to proceed and his case will be dismissed without further notice pursuant to Fed. R. Civ. P. 41(b).

Entered this 19th day of March, 2015.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

2