IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LEONARD N. BLASZCZYK,

    Petitioner,

v.

STEVE LANDREMAN,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-164-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case pursuant to Fed. R. Civ. P. 41(b).


| /s/ | 4/21/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |